```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**PAMELA REEVES BRUSTROM**                                      **PLAINTIFF**

        v.                Civil No. 10-5187

**MICHAEL J. ASTRUE**, Commissioner
Social Security Administration                                  **DEFENDANT**

### O R D E R

Now on this 10th day of November, 2010, come on for consideration plaintiff's **Motion To Appeal In Forma Pauperis** (document #3), and the **Magistrate Judge's Report And Recommendation** (document #5), to which no objections have been made.

The Court, having carefully reviewed the Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*, with one modification: the Court will allow plaintiff until November 25, 2010, to pay the filing fee for this action, failing which it will be dismissed.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's **Motion To Appeal In Forma Pauperis** (document #3) is **denied**.

**IT IS FURTHER ORDERED** that plaintiff is allowed until November 25, 2010, to pay the filing fee for this action, failing which it will be dismissed.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE